UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JAIME LUEVANO, <br> Plaintiff. | Case No. 17-cv-05248-HSG (PR) <br><br> **JUDGMENT** |

A judgment of dismissal without prejudice is entered against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/12/2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge