UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JAIME LUEVANO,<br><br>       Plaintiff. | Case No. 17-cv-05248-HSG (PR)<br><br>**ORDER DENYING MOTION FOR REHEARING**<br><br>Re: Dkt. No. 18 |

This action was filed by a *pro se* prisoner incarcerated at Connally Unit Prison in Kenedy, Texas. In an Order dated January 12, 2018, the Court determined that plaintiff had failed to complete a complaint form and *in forma pauperis* application by the deadline. The Court therefore dismissed the action without prejudice.

Plaintiff has filed a "motion for rehearing," which the Court construes as a motion to reopen the case. The motion is DENIED as plaintiff still has not filed the necessary documents. Any motion to reopen **must** include: (1) a complete IFP application, and (2) a complete complaint form. In lieu of an IFP application, plaintiff may pay the filing fee of $400.00.

The Clerk shall send plaintiff a blank civil rights complaint form as well as a prisoner's IFP application along with his copy of this Order.

This Order terminates Dkt. No. 18.

**IT IS SO ORDERED.**

Dated: 4/17/2018

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge